UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| LAWANDA ISICHEI, )<br>)<br>Plaintiff )<br>)<br>vs. )<br>)<br>HILLCREST RALEIGH AT CRABTREE, )<br>LLC, )<br>)<br>Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:21-CV-263-BO** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that because plaintiff has failed to respond to this Court's prior "show cause" order, plaintiff's complaint [DE 1] DISMISSED without prejudice.

This Judgment filed and entered on July 12, 2023, and copies to:

Lawanda Isichei  (Sent to 1046 Government Road Clayton, NC 27520 via US Mail)

Michael C. Lord  (via CM/ECF electronic notification)

July 12, 2023  PETER A. MOORE, JR.
  Clerk of Court

  By: /s/ Nicole Sellers
  Deputy Clerk